IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>      v.<br><br>CHRISTOPHER MICHAEL RUPERT,<br><br>                        Defendant. | Case No. 3:15-cr-00193-SI<br><br>ORDER GRANTING MOTION TO<br>REDUCE SENTENCE |

SIMON, District Judge:

      This matter is before the Court on the parties' joint motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Based on the filings to date and the agreement of the parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of defendant's sentence to time served effective July __10__, 2020, followed by a term of three years' supervised release. A release plan is unnecessary in this case as the defendant is being transferred into the custody of the Oregon Department of Corrections. The Court concludes the defendant's transfer into state custody does not pose a danger to any other person or the community. This sentence reduction is consistent with the currently applicable U.S. Sentencing Commission policy statements.

      The Court therefore GRANTS the Joint Motion to Reduce Sentence.

Page 1    ORDER GRANTING MOTION TO REDUCE SENTENCE

IT IS HEREBY ORDERED that Defendant shall be released on July __10__, 2020, for transport by the appropriate custodial authorities to the custody of the Oregon Department of Corrections.

An amended judgment and commitment order shall be prepared and entered forthwith in accordance with this decision.

Dated this __9th__ day of July, 2020.

_____
Hon. Michael Simon
United States District Court Judge